[No. 5836-1-III. Division Three. October 11, 1984.]

WESTERN PACIFIC FINANCIAL CORPORATION, *Respondent,* v.
WHITED COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-03631-1, Michael E. Donohue, J.,
entered April 7, 1983. *Affirmed* by unpublished opinion per

Thompson, J., concurred in by Munson, C.J., and McInturff, J.